## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SERVICIO MARINA SUPERIOR, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO. 07-0770-KD-C** |
| | ) |
| **MATRIX INTERNATIONAL LTD.,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff and against Matrix as follows:

1) for the September Voyage, the amount due to Plaintiff and to be paid by Matrix, is **$78,647.30**;

2) for the October Voyage, the amount due to Plaintiff and to be paid by Matrix is **$200,964.33;** and

3) for the equipment retrieval, the amount due to Plaintiff and to be paid by Matrix is **$14,447.**

Thus, the Court finds that Plaintiff is entitled to recover the total sum of **$294,058.63** from Matrix.[1]

**DONE** and **ORDERED** this the 18th day of December 2008.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court reserves jurisdiction to address the issue of interest and attorneys' fees.